Dismissed and Memorandum Opinion filed March 4, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00189-CR

____________

 

RICHARD MORENO, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 184th District Court

Harris County, Texas

Trial Court Cause No. 1097436

 



 

M E M O R
A N D U M   O P I N I O N

Appellant was convicted of aggravated sexual assault of a
child and filed this appeal.  Subsequently, the trial court granted appellant’s
motion for new trial.

Generally, we only have jurisdiction to consider an appeal by
a criminal defendant when there has been a final judgment of conviction.  See
Workman v. State, 170 Tex. Crim. 621, 343 S.W.2d 446, 447 (1961); McKown
v. State, 915 S.W.2d 160, 161 (Tex. App. – Fort Worth 1996, no pet.). 
Because appellant has been granted a new trial, there is no final conviction to
appeal.

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

 

Panel consists of Justices
Frost, Boyce, and Sullivan.

Do Not Publish C Tex. R. App. P. 47.2(b).